IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


ANDREW TRAMANE BREWER                                          PLAINTIFF


V.                              CASE NO. 06-CV-1013


ROBERT PHILSON,
Magnolia Police Department                                    DEFENDANT


### ORDER

Before the Court is the Report and Recommendation filed February 5, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 31). Judge Bryant recommends that this case be dismissed with prejudice on the grounds that Plaintiff has failed to prosecute this action and comply with an order of the Court. *See* Fed. R. Civ. P. 41(b). The Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of March, 2008.


/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge